

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-14-00479-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF J.B.**, a
mentally ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-2027
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

This is an accelerated appeal of a mental health order. The clerk's record was filed on
July 3, 2014 and an amended clerk's record was filed on July 10, 2014. The reporter's record
was filed on July 23, 2014. Accordingly, the notification of late reporter's record filed by the
court reporter is MOOT. The appellant's brief is due ***on August 12, 2014***.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 28th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court